UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

BILLY RAY SULLINS,  )
  )
    Plaintiff,  )
  )
v.  )  Case No. CV415-108
  )
L. CPL. TROY EDENFIELD, *et al.*,  )
  )
    Defendants.  )

## ORDER

Proceeding *pro se*, non-inmate plaintiff Billy Ray Sullins[1] moved for leave to file *in forma pauperis* ("IFP") his presumed (he does not say) 42 U.S.C. § 1983 lawsuit against the Garden City, Georgia Police Department and four of its officers. Docs 1 (Complaint) & 2 (IFP motion). Finding him indigent, the Court granted his IFP motion but directed him to file an amended complaint. Doc. 3. He has done so, and he now elaborates on his Fourth Amendment claim: that named police

---

[1] The Court's last Order referenced "attached" Chatham County, Georgia court records reflecting criminal prosecutions against him. They were erroneously omitted. They are attached to this Order, and they show that over the 2013-2014 period he has pled guilty to "Forgery/Fraud," "Robbery" and "Switching License Tags to Misrepresent." The event he complains of here happened, he alleges, on November, 11, 2013. Doc. 4-2 at 3.

officers entered his home "with no search warrant or exigent circumstances," used excessive force to subdue him, and took him into custody. Doc. 4-2 at 3-4. He seeks "pain and suffering" compensation, plus damages for "loss of property due to negligence," plus "reprimand for all officers involved, possably [sic] punished by law if court sees fit." *Id.* at 6.

Under the liberal pleading standards accorded to *pro* se plaintiffs, *see Erickson v. Pardus*, 551 U.S. 89, 94 (2007), Sullins has pled the basic core of a § 1983 claim for violations of the Fourth-Amendment.[2] *See Wilkerson v. Georgia*, 2015 WL 4279334 at * 1 (11th Cir. July 16, 2015) ("In short, Wilkerson's complaint facially alleged that two state employees used excessive force against her, either to detain her or while she was already detained. Such a claim is cognizable under 42 U.S.C. § 1983."); *Mitchell v. Stewart*, 2015 WL 1568244 at * (11th Cir. Apr. 9, 2015) (fact issues remained in § 1983 action by arrestees action against county police officers, alleging under § 1983 that the officers violated

---

[2] He also has dropped as a defendant the Garden City Police Department (the Court previously explained that it cannot be sued), and the Clerk has amended the docket caption accordingly.

their Fourth Amendment rights by, *inter alia*, entering and searching their residence without warrant).³

The Court therefore greenlights this case against the five police officers for whom Sullins has now supplied full names, addresses, and badge numbers. Doc. 4-2 at 2-3. As plaintiff has been authorized to proceed IFP, the United States Marshal is **DIRECTED** to serve process upon the individual police officer defendants. *See* Fed. R. Civ. P. 4(c)(3).

**SO ORDERED**, this 13th day of August, 2015.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

³ *See also Morris v. Town of Lexington, Ala.*, 748 F.3d 1316, 1323-24 (11th Cir. 2014) (police officers failed to establish that they were entitled to qualified immunity in homeowner's § 1983 action against them for unreasonably entering his home to effect *Terry* stop, in violation of the Fourth Amendment, where officers failed to establish that they had reasonable suspicion of criminal activity based on the vague assertions of a highly intoxicated woman who had been abandoned on homeowner's property and stated that she was in danger, but who did not make accusations against homeowner, and who merely asserted that someone had been beating homeowner's horses).

3

# Chatham County, GA
## Eastern Judicial Circuit of Georgia

Home | Juvenile Court | Magistrate Court | Probate Court | Recorder's Court | State Court | Superior Court | Court Forms | Court Fees

August 07, 2015    Location: Case Details    Search...


CASE LOOKUP


COURT FORMS


COURT FEES




MAP & DIRECTIONS

JURY SERVICES

SITE SEARCH

## Case Details

**State VS. SULLINS, BILLY RAY**

- Case Events
- Charges
- Parties
- Proceedings

### Case Information
| | |
|---|---|
| Court: | Superior |
| Case Number: | CR140056 |
| Case Type: | FORGERY/FRAUD |
| Judge: | HONORABLE JAMES BASS |
| Assistant District Attorney: | SARAH MOORHEAD |
| Date Filed: | 1/8/2014 |
| Status: | CLOSED - GUILTY PLEA(N) |
| Disposition Date: | 11/18/2014 |
| Disposition: | GUILTY PLEA(N) |

### Defendant Information
| | |
|---|---|
| Name: | SULLINS, BILLY RAY |
| DIN: | P1311179 |
| Gender: | MALE |
| Race: | WHITE |
| Height: | 71 |
| Weight: | 245 |
| Eyes: | BROWN |
| Hair: | BROWN |

### Attorney Information
WILLIAM S LEWIS
222 W OGLETHORPE AVE
SAVANNAH, GA
31401

### Bondsman Information
N/A

### Case Events

| Date | Time | Code | Judge | Action |
|---|---|---|---|---|
| 4/28/2015 11:42:01 AM | 11:42AM | TRANSCRIPT RECEIVED | | |
| 12/1/2014 | 10:30AM | JURY TRIAL | JAMES BASS | CANCELLED EVENT - CL |
| 11/18/2014 | 10:30AM | DRUG COURT PLEA | JAMES BASS | |
| 10/20/2014 | 10:00AM | JURY TRIAL | JAMES BASS | RESCHEDULE EVENT |
| 9/8/2014 | 10:30AM | JURY TRIAL | JAMES BASS | RESCHEDULE EVENT |
| 7/14/2014 | 10:30AM | JURY TRIAL | JAMES BASS | RESCHEDULE EVENT |
| 6/9/2014 | 10:30AM | JURY TRIAL | JAMES BASS | RESCHEDULE EVENT |
| 4/10/2014 | 09:30AM | ARRAIGNMENT/PLEA HEARING | JAMES BASS | |
| 3/18/2014 | 11:00AM | ARRAIGNMENT/CALENDAR CALL | JAMES BASS | |

[Return to Top]

### Charges

| Charge | Description | Counts | Severity | Charge Date | Disposition |
|---|---|---|---|---|---|
| 16-9-1(d) | Third Degree Forgery | 1 | FELONY | 11/15/2013 | Guilty Plea Negotiated 11/18/2014 |

| Sentencing Details: | Description | | | Fine | Duration |
|---|---|---|---|---|---|
| | DAT | | | $0.00 | 5 Years-PROBATION |
| | | | | $400 | $400.00-ATTORNEY FEE |
| | CRIME LAB FEE | | | $50 | $50.00-FINE |
| | | | | $0.00 | 80 Hours-COMMUNITY SERVICE |
| | | | | $0.00 | -WAIVED FOURTH ADMENDMENT RIGHTS |
| | NO CONTACT OF ANY KIND WITH SACHINKUMAR PATEL | | | $0.00 | -OTHER |

| | | | | | |
|---|---|---|---|---|---|
| | | BANNED FROM PRITAM ENTERPRISES DURING DURATION OF SENTENCE | $0.00 | -OTHER | |

[Return to Top]

### Proceedings

| | | | | | |
|---|---|---|---|---|---|
| 4/28/2015 11:42:01 AM | 11:42AM | TRANSCRIPT RECEIVED | | | 04-10-14 PLEA OFFER & ARRAIGNMENT, JUDGE BASS PRESIDING |
| 12/30/2014 | | ACCOUNTABILITY COURT SANCTION ORDER | | | |
| 12/30/2014 | | ACCOUNTABILITY COURT SANCTION ORDER | | | |
| 12/1/2014 | 10:30AM | JURY TRIAL | CANCELLED EVENT - CL | JAMES BASS | |
| 11/18/2014 | | RELEASE ORDER | | | |
| 11/18/2014 | | SENTENCE ORDER/PETITION NEG PLEA/VOL TRN/ACCUSATION | | | |
| 11/18/2014 | | CASE DISPOSED | GUILTY PLEA NEGOTIATED | JAMES BASS | CASE DISPOSED GN |
| 11/18/2014 | 10:30AM | DRUG COURT PLEA | | JAMES BASS | |
| 11/12/2014 | | LIST OF WITNESSES | | | JTR 120114/ |
| 10/20/2014 | 10:00AM | JURY TRIAL | RESCHEDULE EVENT | JAMES BASS | |
| 10/7/2014 | | LIST OF WITNESSES | | | |
| 9/8/2014 | 10:30AM | JURY TRIAL | RESCHEDULE EVENT | JAMES BASS | |
| 7/21/2014 | | NOTICE OF SUBSTITUTION OF COUNSEL | | | W. LEWIS/ |
| 7/14/2014 | 10:30AM | JURY TRIAL | RESCHEDULE EVENT | JAMES BASS | |
| 6/9/2014 | 10:30AM | JURY TRIAL | RESCHEDULE EVENT | JAMES BASS | |
| 5/21/2014 | | MOTION - FOR CONTINUANCE | GRANTED | | DEFENDANT"S |
| 5/21/2014 | | ORDER FOR CONTINUANCE | | | DEFENDANTS MOTION GRANTED/ |
| 5/19/2014 | | DEFENDANTS RECIPROCAL DISCOVERY DISCLOSURE | | | |
| 4/25/2014 | | STATE"S DEMAND FOR DISCOVERY | | | AND STATES DISCOVERY/ |
| 4/10/2014 | 09:30AM | ARRAIGNMENT/PLEA HEARING | | JAMES BASS | |
| 3/18/2014 | 11:00AM | ARRAIGNMENT/CALENDAR CALL | | JAMES BASS | |
| 2/26/2014 | | BOND ORDER | | | BOND DENIED/ |
| 2/20/2014 | | PETITION FOR BOND/NISI | | | HEARING 2-26-14 @ 8:45AM ATTY AKPOLO/ |
| 2/12/2014 | | CONSOLIDATED MOTIONS PACKAGE | | | |
| 2/12/2014 | | ENTRY OF APPEARANCE | | | ATTY NATHAN AKPOLO/ |
| 1/9/2014 3:31:57 PM | | SCN | | | INITIAL CASE SCREENING / SCANNING |
| 1/8/2014 | | ACCUSATION FILED - ENTERED | | | |

[Return to Top]

Home | Juvenile Court | Magistrate Court | Probate Court | Recorder's Court | State Court | Superior Court | Court Forms | Court Fees

© Copyright 2015 - Chatham County Courts

2 of 2      8/7/2015 8:33 AM

## CHATHAM COUNTY, GA
## Eastern Judicial Circuit of Georgia

Home   Juvenile Court   Magistrate Court   Probate Court   Recorder's Court   State Court   Superior Court   Court Forms   Court Fees

August 07, 2015    Location: Case Details    Search...


CASE LOOKUP


COURT FORMS

COURT FEES


MAP & DIRECTIONS

JURY SERVICES

SITE SEARCH

# Case Details

- Case Events
- Charges
- Parties
- Proceedings

### State VS. SULLINS, BILLY RAY

**Case Information**

| | |
|---|---|
| Court: | Superior |
| Case Number: | CR140370 |
| Case Type: | ROBBERY |
| Judge: | HONORABLE JAMES BASS |
| Assistant District Attorney: | SARAH MOORHEAD |
| Date Filed: | 2/26/2014 |
| Status: | CLOSED - GUILTY PLEA(N) |
| Disposition Date: | 11/18/2014 |
| Disposition: | GUILTY PLEA(N) |

**Defendant Information**

| | |
|---|---|
| Name: | SULLINS, BILLY RAY |
| DIN: | P1311179 |
| Gender: | MALE |
| Race: | WHITE |
| Height: | 71 |
| Weight: | 245 |
| Eyes: | BROWN |
| Hair: | BROWN |

**Attorney Information**

WILLIAM S LEWIS
222 W OGLETHORPE AVE
SAVANNAH, GA
31401

**Bondsman Information**

N/A

### Case Events

| Date | Time | Code | Judge | Action |
|---|---|---|---|---|
| 4/28/2015 11:34:43 AM | 11:34AM | TRANSCRIPT RECEIVED | | |
| 12/1/2014 | 10:30AM | JURY TRIAL | JAMES BASS | CANCELLED EVENT - CL |
| 11/18/2014 | 10:30AM | DRUG COURT PLEA | JAMES BASS | |
| 10/20/2014 | 10:00AM | JURY TRIAL | JAMES BASS | RESCHEDULE EVENT |
| 9/8/2014 | 10:30AM | JURY TRIAL | JAMES BASS | RESCHEDULE EVENT |
| 7/14/2014 | 10:30AM | JURY TRIAL | JAMES BASS | RESCHEDULE EVENT |
| 6/9/2014 | 10:30AM | JURY TRIAL | JAMES BASS | RESCHEDULE EVENT |
| 4/28/2014 | 11:30AM | ARRAIGNMENT/CALENDAR CALL | JAMES BASS | |
| 4/10/2014 | 09:30AM | ARRAIGNMENT/PLEA HEARING | JAMES BASS | |

[Return to Top]

### Charges

| Charge | Description | Counts | Severity | Charge Date | Disposition |
|---|---|---|---|---|---|
| 16-10-24 | OBSTRUCTION | 1 | MISDEMEANOR | 11/11/2013 4:03:45 AM | Guilty Plea Negotiated 11/18/2014 |
| Sentencing Details: | Description | | | Fine | Duration |
| | | | | $0.00 | 12 Months-PROBATION |
| 16-8-16 | THEFT BY EXTORTION | 1 | FELONY | 11/21/2014 | Guilty Plea Negotiated 11/18/2014 |
| Sentencing Details: | Description | | | Fine | Duration |
| | CONCURRENT TO CR14-0056/DAT | | | $0.00 | 10 Years-PROBATION |
| | | | | $1,500 | $1500.00-FINE |
| | CRIME LAB FEE | | | $50 | $50.00-FINE |
| | | | | $400 | $400.00-ATTORNEY FEE |

| | LAIGHTON THOMAS | $60 | $60.00-RESTITUTION |
| | | $0.00 | 100 Hours-COMMUNITY SERVICE |
| | NO CONTACT OF ANY KIND WITH LAIGHTON THOMAS | $0.00 | -OTHER |
| | BANNDED FROM 35 MAIN STREET 17 GARDEN CITY GA DURING DURATION OF SENTENCE | $0.00 | -OTHER |
| | | $0.00 | -WAIVED FOURTH AMENDMENT RIGHTS |

[Return to Top]

**Proceedings**

| Date | Time | Event | Status | Judge | Notes |
|---|---|---|---|---|---|
| 4/28/2015 11:34:43 AM | 11:34AM | TRANSCRIPT RECEIVED | | | 04-10-14 PLEA OFFER & ARRAIGNMENT, JUDGE BASS PRESIDING |
| 12/1/2014 | | UNINDICTED DISMISSED WARRANT/CHARGE | | | BURGLARY 1ST DEGREE/ |
| 12/1/2014 | 10:30AM | JURY TRIAL | CANCELLED EVENT - CL | JAMES BASS | |
| 11/18/2014 | | RELEASE ORDER | | | |
| 11/18/2014 | | SENTENCE ORDER/PETITION NEG PLEA/VOL TRN/ACCUSATION | | | |
| 11/18/2014 | | CASE DISPOSED | GUILTY PLEA NEGOTIATED | JAMES BASS | CASE DISPOSED GN |
| 11/18/2014 | 10:30AM | DRUG COURT PLEA | | JAMES BASS | |
| 11/12/2014 | | LIST OF WITNESSES | | | JTR 120114/ |
| 10/20/2014 | 10:00AM | JURY TRIAL | RESCHEDULE EVENT | JAMES BASS | |
| 10/7/2014 | | LIST OF WITNESSES | | | |
| 9/8/2014 | 10:30AM | JURY TRIAL | RESCHEDULE EVENT | JAMES BASS | |
| 8/26/2014 | | ACCUSATION FILED - ENTERED | | | AMENDED/ |
| 7/14/2014 | 10:30AM | JURY TRIAL | RESCHEDULE EVENT | JAMES BASS | |
| 6/9/2014 | 10:30AM | JURY TRIAL | RESCHEDULE EVENT | JAMES BASS | |
| 5/21/2014 | | ORDER FOR CONTINUANCE | | | DEFENDANTS MOTION GRANTED/ |
| 5/21/2014 | | MOTION - FOR CONTINUANCE | GRANTED | | DEFENDANTS/ |
| 4/28/2014 | 11:30AM | ARRAIGNMENT/CALENDAR CALL | | JAMES BASS | |
| 4/25/2014 | | STATE"S DEMAND FOR DISCOVERY | | | AND STATES DISCOVERY/ |
| 4/10/2014 | 09:30AM | ARRAIGNMENT/PLEA HEARING | | JAMES BASS | |
| 4/8/2014 | | WARRANT DISMISSAL | | | SPECIAL PRESENTMENT/ |
| 4/8/2014 | | CONSOLIDATED MOTIONS PACKAGE | | | CERT OF SERV/ |
| 3/25/2014 | | WARRANTS | | | |
| 2/27/2014 1:55:55 PM | | SCN | | | INITIAL CASE SCREENING / SCANNING |
| 2/26/2014 | | BOND ORDER | | | BOND GRANTED 35,000.00/ |
| 2/26/2014 | | INDICTMENT | | | |

[Return to Top]

Home | Juvenile Court | Magistrate Court | Probate Court | Recorder's Court | State Court | Superior Court | Court Forms | Court Fees

© Copyright 2015 - Chatham County Courts

2 of 2    8/7/2015 8:34 AM



# CHATHAM COUNTY, GA
# Eastern Judicial Circuit of Georgia

Home   Juvenile Court   Magistrate Court   Probate Court   Recorder's Court   State Court   Superior Court   Court Forms   Court Fees

August 07, 2015     Location: Case Details     Search...







JURY SERVICES

SITE SEARCH

## Case Details

State
VS.
SULLINS, BILLY RAY

- Case Events
- Charges
- Parties
- Proceedings

### Case Information
| | |
|---|---|
| Court: | State |
| Case Number: | R131783 |
| Case Type: | TRAFFIC - STATE COURT |
| Judge: | HONORABLE H. GREGORY FOWLER |
| Assistant District Attorney: | MITCHELL MOBLEY |
| Date Filed: | 5/10/2013 |
| Status: | CLOSED - GUILTY PLEA(N) |
| Disposition Date: | 8/22/2013 |
| Disposition: | GUILTY PLEA(N) |

### Defendant Information
| | |
|---|---|
| Name: | SULLINS, BILLY RAY |
| DIN: | P1311179 |
| Gender: | MALE |
| Race: | WHITE |
| Height: | 71 |
| Weight: | 245 |
| Eyes: | BROWN |
| Hair: | BROWN |

Fines & Payments

### Attorney Information
N/A

### Bondsman Information
N/A

### Case Events
| Date | Time | Code | Judge | Action |
|---|---|---|---|---|
| 8/22/2013 | 1:30PM | PLEA HEARING | GREGORY FOWLER | CANCELLED EVENT - CL |
| 6/24/2013 | 09:00AM | ARRAIGNMENT | GREGORY FOWLER | PLEA HEARING SCHEDULED |

[Return to Top]

### Charges
| Charge | Description | Counts | Severity | Charge Date | Disposition |
|---|---|---|---|---|---|
| 40-2-7 | SWITCHING LICENSE TAGS TO MISREPRESENT | 1 | MISDEMEANOR | 7/24/2012 | Nolle Pros |
| 40-5-20 | NO PERMIT | 1 | MISDEMEANOR | 7/24/2012 | Nolo Contendre |

| Sentencing Details: | Description | Fine | Duration |
|---|---|---|---|
| | Fine | $500 | $500.00-FINE |
| | Prison | $0.00 | 2 Days-PRISON |
| | Prison Suspended | $0.00 | 2 Days-PRS |

[Return to Top]

### Proceedings
| | | | | |
|---|---|---|---|---|
| 4/3/2014 | | DEFENDANT ID NUMBER CHANGE | | DIN TO BE KEPT: P1311179/DIN TO BE REMOVED: X1305027 |
| 8/22/2013 | | CASE DISPOSED | | PLEA, NEG PLEA, AND DISPOSITION |
| 8/22/2013 | 1:30PM | PLEA HEARING | CANCELLED EVENT - CL | GREGORY FOWLER |
| 6/27/2013 | | SUBPOENA | | |
| 6/24/2013 | 09:00AM | ARRAIGNMENT | PLEA HEARING SCHEDULED | GREGORY FOWLER |

| Date | | Event | | Person | Description |
|---|---|---|---|---|---|
| 5/13/2013 | | SCANNED INITIAL CASE FILING (SCA) | | | |
| 5/10/2013 10:16:22 AM | | SCREENING | | GREGORY FOWLER | INITIAL CASE SCREENING |
| 4/25/2013 | | COMMITMENT DATE | | | TO STATE COURT |
| 7/24/2012 | | INCIDENT DATE | | | |

[Return to Top]

© Copyright 2015 · Chatham County Courts