FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2016 APR 13 PM 2: 26

CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

BILLY RAY SULLINS and ANGELA DAWN SULLINS,

Plaintiffs,

v.

CPL. TROY EDENFIELD, SGT. MYERS, OFFICER KRISTIN STROJNY, OFFICER DANIEL SOLIS, and OFFICER TANISHA MALLORY,

Defendants.

CASE NO. CV415-101

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 24), to which no objections have been filed. After a careful review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case and Plaintiffs' complaint is **DISMISSED WITHOUT PREJUDICE**. In addition, the Clerk of Court is **DIRECTED** to enter judgment in favor of Defendants in the amount of $818.49 for costs taxed, and to close this case.

SO ORDERED this 13th day of April 2016.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA