# United States District Court
## *Southern District of Georgia*

Billy Ray Sullins , Angela Dawn Sullins

### JUDGMENT IN A CIVIL CASE

**v.**

CASE NUMBER: CV415-101

Cpl. Troy Edenfield et al.,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that in accordance with this Court's Order dated April 12, 2016, adopting the Report and

Recommendation of the Magistrate Judge as the opinion of this Court; Plaintiff's complaint is

dismissed without prejudice. Judgment in entered in favor of the Defendants in the amount of

$818.49 for costs taxed.



April 13, 2016
_____
Date

Scott L. Poff
_____
Clerk

_____
(By) Deputy Clerk